UNITED STATES of America, Plaintiff–Appellee,

v.

Richy Orlando NICHOLS, a/k/a Ricky O. Nichols, Defendant–Appellant.

No. 13–7235.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 7, 2014.

Decided: Jan. 15, 2014.

**162**

Richy Orlando Nichols, Appellant Pro Se. Randall Stuart Galyon, Office of the United States Attorney, Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richy Orlando Nichols appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Nichols,* No. 1:04–cr–00424–1 (M.D.N.C. July 15, 2013). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*